USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-22-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :       **MEMORANDUM DECISION**
         - against -                :
                                    :       96 Cr. 495 (DC)
BILAL ELSHAER,                      :
                                    :
              Defendant.            :
                                    :
- - - - - - - - - - - - - - - - - -x

**APPEARANCES:**   LEV L. DASSIN, ESQ.
                   Acting United States Attorney for the
                   Southern District of New York
                        By:  Michelle K. Parikh, Esq.
                             Assistant United States Attorney
                   One St. Andrew's Plaza
                   New York, New York  10007
                   Attorney for the United States

                   LAW OFFICES OF HARLAN J. PROTASS, PLLC
                        By:  Harlan J. Protass, Esq.
                   305 Madison Avenue, Suite 1301
                   New York, New York  10165
                        - and -
                   JAMES H. FELDMAN, JR., ESQ.
                   50 Rittenhouse Place
                   Ardmore, Pennsylvania  19003
                   Attorneys for Defendant

**CHIN, District Judge**

    Defendant Bilal Elshaer moves for reconsideration of the Court's July 8, 2009 decision (the "Decision") denying his petition for a writ of error <u>coram nobis</u>.  The basis for Elshaer's motion is his contention that the Court, in the Decision, did not adequately discuss one of the cases Elshaer relied on in support of his petition.  The motion for reconsideration is denied.

The Court did not discuss United States v. Couto because it is inapposite. In Couto, the Second Circuit characterized as "persuasive" the defendant's argument that the district court, pursuant to its obligations under Federal Rule of Criminal Procedure 11(b), should have advised the defendant of the immigration consequences of pleading guilty, in light of changes to immigration law that make deportation automatic in many cases. 311 F.3d 179, 190 (2d Cir. 2002). The Second Circuit expressly declined to rule on the matter, however. See id. ("Nevertheless, because the circumstances of this case allow its resolution without taking up this difficult question, we need not, and hence do not, address it further."). Accordingly, not only did Couto deal with a different factual scenario than Elshaer's, but any doubt it may have cast on the Second Circuit's prior ruling in United States v. Santelises, 509 F.2d 703 (2d Cir. 1975) (per curiam), was in dicta. Until the Second Circuit or the Supreme Court abrogates the holding of Santelises, it is binding on this Court.

Elshaer's motion for reconsideration is therefore denied.

SO ORDERED.

Dated:   New York, New York
         July 22, 2009

_____
DENNY CHIN
United States District Judge

-2-